# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:15-CR-244-MOC-DSC |
| ) | |
| MICHAEL KIPP and JOANNE VIARD ) | |

## NOTICE OF INTENT TO REDACT TRANSCRIPT

In accordance with this Court's docket entry accompanying the sentencing transcript (ECF No. 243), Ms. Viard notices her intent to request redaction of that transcript.

Respectfully submitted: April 25, 2018

s/ Mark T. Calloway
Mark T. Calloway
N.C. Bar No. 10822
Michael R. Hoernlein
N.C. Bar No. 40419
Emily C. McGowan
N.C. Bar No. 44543
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Mark.Calloway@alston.com
Michael.Hoernlein@alston.com
Emily.McGowan@alston.com

*Attorneys for Defendant Joanne Viard*

# CERTIFICATE OF SERVICE

I certify that on April 25, 2018, I served this Notice by filing a true copy through the Court's electronic filing system, which will send notification of the filing to all counsel of record in this matter via email through CM/ECF.

                                                s/ Mark T. Calloway
                                                Mark T. Calloway
N.C. Bar No. 10822
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Mark.Calloway@alston.com

*Attorney for Defendant Joanne Viard*