# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

|                                       |   |                               |
|---------------------------------------|---|-------------------------------|
| UNITED STATES OF AMERICA              | ) |                               |
|                                       | ) |                               |
| v.                                    | ) | Case No. 3:15-CR-244-MOC-DSC  |
|                                       | ) |                               |
| MICHAEL KIPP and JOANNE VIARD         | ) |                               |

## MOTION TO WITHDRAW

In accordance with Local Rule 83.1(f), Julian W. DuRant moves to withdraw as an attorney of record in this case. "Good cause" exists for withdrawal (*see* Local Rule 83.1(f)) because he will no longer be affiliated with Alston & Bird LLP as of May 11, 2018, and the other attorneys of record will continue to represent Ms. Viard. Ms. Viard can be contacted through her attorneys of record in this case.

Respectfully submitted: May 10, 2018

s/ Julian W. DuRant
Julian W. DuRant
N.C. Bar No. 47714
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Julian.DuRant@alston.com

*Attorney for Defendant Joanne Viard*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2018, I served this Motion by filing a true copy through the Court's electronic filing system, which will send notification of the filing to all counsel of record in this matter via email through CM/ECF.

s/ Julian W. DuRant
Julian W. DuRant
N.C. Bar No. 47714
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Julian.DuRant@alston.com

*Attorney for Defendant Joanne Viard*
